No. 566. MATHIESON ALKALI WORKS, PETITIONER, *v.* T. T. MATHIESON. February 25, 1907. : Petition for a writ of certiorari to the United States. Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Frank W. Christian* for petitioner. *Mr. Daniel Trigg, Mr. Robert L. Harrison* and. *Mr. William Byrd* for respondent.

---

No. 578. VICTOR H. WILDER ET AL., PETITIONERS, *v.* THE UNITED STATES. February 25, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Maynard F. Stiles* for petitioners. *The Attorney General* and *The Solicitor General* for respondent.

---

CASES DISPOSED OF WITHOUT CONSIDERATION BY THE COURT FROM JANUARY 7 TO FEBRUARY 25, 1907.

No. 154. YEE YUEN, APPELLANT, *v.* THE UNITED STATES. Appeal from the United States Circuit Court of Appeals for the Ninth Circuit. January 10, 1907. Dismissed, pursuant to the tenth rule. *Mr. Oliver Dibble* for appellant. *The Attorney General* for appellee.